1  Dixon G. Kummer, State Bar No. 125960
   1200 Truxtun Avenue, Suite 140
2  Bakersfield CA 93301

3  Telephone (661) 324-2700
   Facsimile (661) 324-2790
4
   Attorney for Defendants, Heather K. Kann,
5  David L. Pitcher, GLJ, LLC, Kent A. Hoggan,
   Eagle Energy, LLC, and Jeffery Hoggan, and
6  Cross-complainants, GLJ, LLC, and Eagle
   Energy, LLC
7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | HELO ENERGY, LLC, a Delaware limited
   | liability company, SAND CANYON OF
13 | TEHACHAPI, LLC, a California limited
   | liability company, and SAUGATUCK              Case No.: 2:14-cv-6648 DSF-ASx
14 | ENERGY LLC, a Connecticut limited liability
   | company,
15 |                                               **AMENDED NOTICE OF REMOVAL**
   |                  Plaintiffs,                  **TO FEDERAL COURT PURSUANT**
16 |                                               **TO 28 U.S.C.  §1331 AND §1441**
   | vs.
17 |
   | JEFREY HOGGAN, an individual, KENT A.
18 | HOGGAN, an individual, HEATHER K.
   | KANN, an individual, DAVID L. PITCHER,
19 | a/k/a "David Lawrence", an individual, EAGLE
   | ENERGY, LLC, A Utah limited liability
20 | company, GLJ, LLC, a Utah limited liability
   | company, SOUTHERN CALIFORNIA
21 | EDISON COMPANY, a California corporation,
   | and Does 1 through 10, inclusive,
22 |
   |                  Defendants.
23

24

25

26

27

28

                                                                            20140502.wpd

AMENDED NOTICE OF REMOVAL                    1

| | |
|---|---|
| 1 | GLJ, LLC, a Utah limited liability company, |
| 2 | Cross-complainant, |
| 3 | vs. |
| 4 | HELO ENERGY, LLC, a Delaware limited liability company; SAND CANYON OF TEHACHAPI, LLC, a California limited liability company; SAUGATUCK ENERGY, LLC, a Connecticut limited liability company; RAR Energy Consulting, LLC, a California limited liability company; FISHCREEK CAPITAL FUNDING, L.P., a business entity form unknown, and ROES 1 through 50, inclusive, |
| 10 | Cross-Defendants. |
| 11 | |
| 12 | EAGLE ENERGY, LLC, a Utah limited liability company, |
| 13 | Cross-Complainant, |
| 14 | vs. |
| 15 | RUDY SAENZ, an individual, DAVID MURPHY, an individual, MIKE CLARY, an individual, LIGHTWAVE TECHNOLOGIES, INC., LIGHTWAVE ENERGY LLC, HELO ENERGY, LLC f/k/a SAND CANYON HOLDCO, LLC a/k/a SC HOLDCO, LLC, SAUGATUCK ENERGY, LLC, RAR CONSULTING, LLC, RICHARD REDOLGIA, an individual, DYNAMIC ENERGY PARTNERS, LLC, GLJ, LLC, HEATHER KANN, an individual, and ROES 1 through 50, inclusive, |
| 22 | Cross-Defendants. |

**TO THE COURT AND THE PARTIES:**

   **PLEASE TAKE NOTICE** that Defendants, Heather K. Kann, David L. Pitcher, GLJ, LLC, Kent A. Hoggan, Jefrey Hoggan, and Eagle Energy, LLC ("Defendants") hereby remove to this Court the above-captioned action described further below:

///

20140502.wpd

AMENDED NOTICE OF REMOVAL        2

1.   **THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

On March 28, 2012, Plaintiffs, HELO ENERGY, LLC, SAND CANYON OF TEHACHAPI, LLC, and SAUGATUCK ENERGY, LLC (hereafter collectively referred to as "Plaintiffs"), filed a Complaint for breach of contract and fraud in the Superior Court of California, County of Los Angeles, entitled <u>Helo Energy, LLC, et al. v. Jefrey Hoggan, et al.</u>, Case No. BC481840.  On July 24, 2014, Plaintiffs filed a First Amended Complaint, in which Plaintiffs added two causes of action for violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), pursuant to 18 U.S.C. §1962.  A true and correct copy of the First Amended Complaint is attached hereto as Exhibit "A."

   a.   This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. §1446(b).

   b.   No previous request has been made for the relief requested.

   c.   The Superior Court of California for the County of Los Angeles is located within the Central District of California.  See 28 U.S.C. §84(c)(1).  Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. §1441(a).

   d.   This action is removable to the instant Court because Plaintiffs First Amended Complaint presents issues of federal question, which could have been originally filed in this Court pursuant to 28 U.S.C. §1441(a) and/or (c).  Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. §1367.

2.   **FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 AND §1441.**

   a.   Plaintiffs First Amended Complaint contains two causes of action for RICO violations pursuant to 18 U.S.C. §1962.

   b.   Federal Question Jurisdiction exists because Plaintiffs' two causes of action for RICO violations depend on whether Defendants were in violation of federal law, specifically 18 U.S.C. §1962.

///

3. **DEFENDANT, SOUTHERN CALIFORNIA EDISON ("SCE"), IS NOT JOINED IN THIS REMOVAL BECAUSE THIS ACTION WAS STAYED AS TO SCE, PENDING ARBITRATION.**

Plaintiffs' claims against SCE are subject to an arbitration clause found in the agreement between Plaintiffs and SCE. In May of 2012, SCE petitioned the State Court to stay the proceedings and compel arbitration. The State Trial Court denied this petition, however this decision was overturned by the State Appellate Court. (*See* Appellate Court Decision attached as Exhibit 1). Based on the Appellate Court's ruling, this action is now stayed, as to SCE only, while SCE and Plaintiffs arbitrate their claims. Because this action is stayed as to SCE, and because the federal questions involved in this case (alleged RICO violations) do not concern SCE, SCE does not need to be joined in this Removal. It should be noted, however, that SCE is in complete agreement with the other Defendants as to the filing of this Removal.

**WHEREFORE**, Defendants respectfully request removal of this action from the California Superior Court for the County of Los Angeles to this Court pursuant to 28 United States Code Sections 1331 and 1441.

DATE: August 28, 2014

By: /s/ Dixon Kummer
Dixon G. Kummer, Attorney for Defendants, Heather K. Kann, David L. Pitcher, GLJ, LLC, Kent A. Hoggan, Eagle Energy, LLC, and Jeffery Hoggan, and Cross-complainants, GLJ, LLC, and Eagle Energy, LLC

20140502.wpd

AMENDED NOTICE OF REMOVAL                    4

# PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1200 Truxtun Avenue, Suite 140, Bakersfield, CA 93301.

On August 28, 2014, I served the foregoing document entitled: **AMENDED NOTICE OF REMOVAL** on interested parties in this action

__X__   By placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

__X__   By placing __ The original, __X__ A true copy thereof, enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED MAILING LIST**

__X__   BY MAIL

__   I deposited such envelope in the mail at Bakersfield, California, with postage thereon fully prepaid.

__X__   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

__   BY EXPRESS MAIL

I deposited such envelopes in a facility regularly maintained by the U.S. Postal Service for receipt of Express Mail, as specified in C.C.P. §1013(c), with Express Mail postage prepaid.

__   BY PERSONAL SERVICE

I caused such envelope to be hand delivered to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 28, 2014, at Bakersfield, California.

Name: Bryan Andersen

20140502.wpd

AMENDED NOTICE OF REMOVAL            5

# MAILING LIST

| **Attorney** | **Party** |
|---|---|
| John A. Yacovelle<br>Sheppard, Mullin, Richter, & Hampton, LLP<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130-2006 | All Plaintiffs |
| Ryan M. Nord, Esq.<br>Sage Law Partners<br>140 North Union Ave. Suite 220<br>Farmington, UT 84025 | Defendants, Kent A. Hoggan Eagle Energy, LLC, and Jefrey Hoggan |
| George Daines, Esq.<br>Daines & Jenkins, LLP<br>108 North Main<br>Logan, UT 84321 | Defendant, Jefrey Hoggan |
| Leon Bass Jr., Esq.<br>James J. Ward, Esq.<br>Allan D. Johnson, Esq.<br>2244 Walnut Grove Avenue,<br>P.O. Box 800<br>Rosemead, CA 91770 | Defendant, Southern California Edison Company |

20140502.wpd

AMENDED NOTICE OF REMOVAL         6