Miles Ehrlich (SBN 237954)
 miles@ramsey-ehrlich.com
Ismail Ramsey (SBN 189820)
 izzy@ramsey-ehrlich.com
Amy E. Craig (SBN 269339)
 amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 548-3600
Facsimile:   (510) 291-3060

Tyler R. Meade (SBN 160838)
 tyler@meadefirm.com
Samuel Ivan Ferguson (SBN 270957)
 sam@meadefirm.com
THE MEADE FIRM P.C.
12 Funston Avenue Suite A
San Francisco, CA 94129
Telephone:  (415) 724-9600
Facsimile:   (415) 510-2544

Attorneys for Plaintiffs and Cross-Defendants
HELO ENERGY, LLC and SAUGATUCK
ENERGY, LLC and Cross-Defendants DAVID
MURPHY, SAND CANYON OF TEHACHAPI,
LLC and LIGHTWAVE ENERGY, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELO ENERGY, LLC, a Delaware limited liability company, SAND CANYON OF TEHACHAPI, LLC, a California limited liability company, and SAUGATUCK ENERGY, LLC, a Connecticut limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFREY HOGGAN, an individual, KENT A. HOGGAN, an individual, HEATHER K. KANN, an individual, DAVID L. PITCHER, a/k/a "David Lawrence," an individual, EAGLE ENERGY, LLC, a Utah limited liability company, GLJ, LLC, a Utah limited liability company, SOUTHERN CALIFORNIA EDISON COMPANY, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-6648 DSF (ASx)<br><br>*Honorable Dale S. Fischer*<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST EAGLE ENERGY, LLC, KENT HOGGAN, AND JEFREY HOGGAN AND DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DAVID PITCHER, HEATHER KANN AND GLJ, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | GLJ, LLC, a Utah limited liability company, |
| 2 | |
| |     Cross-Complainant, |
| 3 | |
| |  v. |
| 4 | |
| 5 | HELO ENERGY, LLC, a Delaware limited liability company, SAND |
| | CANYON OF TEHACHAPI, LLC, a |
| 6 | California limited liability company, and SAUGATUCK ENERGY, LLC, a |
| 7 | Connecticut limited liability com, RAR ENERGY CONSULTING, LLC, |
| 8 | a California limited liability company, FISHCREEK CAPITAL FUNDING |
| 9 | L.P., a business entity of form unknown, and ROES 1 through 50, |
| 10 | inclusive, |
| 11 |     Cross-Defendants. |
| 12 | EAGLE ENERGY, LLC, a Utah limited liability company, |
| 13 | |
| |     Cross-Complainant, |
| 14 | |
| |  v. |
| 15 | |
| 16 | RUDY SAENZ, an individual, DAVID MURPHY, an individual, MIKE |
| | CLARY, an individual, LIGHTWAVE |
| 17 | TECHNOLOGIES, INC., LIGHTWAVE ENERGY LLC, HELO |
| 18 | ENERGY, LLC f/k/a SAND CANYON HOLDCO, LLC a/k/a SC |
| 19 | HOLDCO, LLC, SAUGATUCK ENERGY, LLC, RAR |
| 20 | CONSULTING, LLC, RICHARD REDOLGIA, an individual, |
| 21 | DYNAMIC ENERGY PARTNERS, LLC, GLJ, LLC, HEATHER KANN, |
| 22 | an individual, and ROES 1 through 50, inclusive, |
| 23 | |
| |     Cross-Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER

| | |
|---|---|
| 1 | **[PROPOSED]** ORDER |

Pursuant to the stipulation of the Parties, the Court hereby orders that Plaintiffs' complaint against David Pitcher, Heather Kann, and GLJ, LLC, as captioned above, including all causes of action alleged therein against David Pitcher, Heather Kann, and GLJ, LLC (this excludes claims against Southern California Edison which were ordered to arbitration before removal to this Court, and are therefore not pending before this Court), is hereby dismissed with prejudice.

Pursuant to the stipulation of the Parties, the Court hereby orders that Plaintiffs' complaint against Eagle Energy, LLC, Kent Hoggan, and Jefrey Hoggan, as captioned above, including all causes of action alleged therein against Eagle Energy, LLC, Kent Hoggan, and Jefrey Hoggan (this excludes claims against Southern California Edison which were ordered to arbitration before removal to this Court, and are therefore not pending before this Court), is hereby dismissed without prejudice.

All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 25, 2019

_____
The Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE